STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BARBARA J. VALLIERE (DCBN 439353)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7039
FAX: (415) 436-7234
barbara.valliere@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 21-CR-0163 HSG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO RESET TRIAL SETTING CONFERENCE TO JANUARY 5, 2022, AND TO EXCLUDE TIME FROM NOVEMBER 3, 2021 TO JANUARY 5, 2022 AND ORDER |
| ATTILA COLAR, | ) |
| Defendant. | ) |

The United States of America, by and through Assistant United States Attorney Barbara J. Valliere, and the defendant Attila Colar, by and through his counsel Mark Axup, hereby stipulate that, with the Court's approval, the trial setting conference in the above-captioned case currently scheduled for November 3, 2021 at 2:00 p.m. be continued to January 5, 2022 at 2:00 p.m.  The reason for this requested continuance is that the government is seeking to supersede the Indictment in advance of trial and will be unable to do so prior to November 3, 2021.  In addition, the government intends to provide additional discovery to the defense in the coming weeks that is related to the anticipated additional charges.

It is also hereby stipulated by and between counsel for the United States and counsel for the

STIPULATION TO RESET TRIAL SETTING CONFERENCE AND TO EXCLUDE TIME
AND ORDER
Case No. CR   21-0163 HSG                                                                  v. 7/10/2018

defendant Attila Colar, that time be excluded under the Speedy Trial Act from November 3, 2021 through January 5, 2022 so that defense counsel could continue to prepare for trial, including reviewing the discovery that will be produced between this date and January 5, 2022.  For this reason, the parties stipulate and agree that excluding time until January 5, 2022 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from November 3, 2021 through January 5, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:	October 14, 2021	/s/  *Barbara J. Valliere*
					**BARBARA J. VALLIERE**
					Assistant United States Attorney

DATED:	October 14, 2021	/s/ *Mark Axup* (with permission)
					**MARK AXUP**
					Counsel for Defendant COLAR

### ORDER

Based upon the stipulation of the parties and for good cause shown, the Court hereby orders that the trial setting conference set for November 3, 2021 at 2:00 p.m. be continued until January 5, 2022 at 2:00 p.m.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from November 3, 2021 to January 5, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from November 3, 2021 to January 5, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public

and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 3, 2021, through January 5, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 10/15/2021

**HAYWOOD S. GILLIAM, JR.**
United States District Judge