UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ATTILA COLAR,<br><br>　　　　Defendant. | Case No.  21-cr-00163-HSG-1<br><br>**ORDER FOR REMAND** |

IT IS SO ORDERED that the defendant, Attila Colar, is remanded into the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: February 16, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge