UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-00163-HSG-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR REMAND** |
| ATTILA COLAR, | |
| Defendant. | |

IT IS SO ORDERED that the defendant, Attila Colar, is remanded into the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: February 16, 2022

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge