UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ATTILA COLAR,<br><br>  Defendant. | Case No. 21-cr-00163-HSG-1<br><br>**ORDER REGARDING DEFENDANT'S MOTION TO SUBPOENA SEALED TESTIMONY AND DECLARATIONS**<br><br>Re: Dkt. No. 181 |

The Court **DIRECTS** the Clerk to serve the Government with a copy of Dkt. No. 181 and any amendments or attachments filed under seal by Defendant Attila Colar.

The Court further **DIRECTS** the government to respond to Dkt. No. 181, Defendant Attila Colar's Ex Parte Motion to Subpoena Duces Tecum Underseal Grand Jury Testimonies and Underseal Declarations, by November 14, 2022. Once the response is received, the motion will be deemed submitted by the Court.

**IT IS SO ORDERED.**

Dated: 11/7/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge