```
DAVID L. ANNICCHIARICO (Bar No. 247544)
Law Office of David L. Annicchiarico
584 Castro Street, Suite 654
San Francisco, California 94114
(415) 948-5576
WriteToDavidA@gmail.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ATTILA COLAR,<br><br>    Defendant. | Case No.: 4:21-cr-00163-HSG-1<br><br>ORDER TO RELEASE SEALED AND NON-PUBLIC DOCUMENTS TO DEFENDANT'S COUNSEL ONLY |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the clerk shall mail a copy of the sealed documents filed in docket number 201, and the non-public documents filed in docket numbers 56, 59, 79, 90, 121-28, 144-45, 148, 152, 166-68, 170-73, 178-81, 194-95, 204, 211, 228, 272-73, 283, 308, 476, 482, and 488, only to appellate counsel for the defendant, for his eyes only, to: David L. Annicchiarico, 584 Castro St., Ste. 654, San Francisco, CA, 94114.

Dated: 12/3/2024

                                            HON. HAYWOOD S. GILLIAM, JR.
                                              United States District Judge

4